**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 24-7019**

———

ADELMO ELY GONZALEZ REYNA,

        Plaintiff - Appellant,

    v.

V. PRIDE, Corrections Officer,

        Defendant - Appellee.

———

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Thomas T. Cullen, District Judge; Joel Christopher Hoppe, Magistrate Judge. (7:22-cv-00309-JCH)

———

Submitted: August 21, 2025                    Decided: August 25, 2025

———

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Adelmo Ely Gonzalez Reyna, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adelmo Ely Gonzalez Reyna appeals the district court and magistrate judge's*

orders denying relief on his 42 U.S.C. § 1983 complaint.  We have reviewed the record

and find no reversible error.  Accordingly, we affirm the courts' orders.  *Reyna v. Pride*,

No. 7:22-cv-00309-JCH (W.D. Va. Aug. 7, 2023 & Sept. 26, 2024).  We dispense with

oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to disposition by a magistrate judge pursuant to 28 U.S.C. § 636(c).